CARL E. RANDRUP, Respondent, *v.* NELLIE McBETH et al., Appellants.

*Randrup v. McBeth*, 116 App. Div. 195, affirmed.
(Argued February 21, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action upon a bond to recover a deficiency arising upon a sale in foreclosure.

*Charles F. Brown* and *Holmes V. M. Dennis, Jr.,* for appellants.

*Smith Lent* and *William H. Sweny* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.